**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 104 EAL 2018

              Respondent       :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

             v.                     :

                                     :

WENDELL GRAVES,                :

               Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.